# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

PRENTIS RUPERT,
ADC #140061                                                          PLAINTIFF

v.                      No. 3:17-cv-61-DPM-JJV

MARTY BOYD, Sheriff, Craighead County
Sheriff Department; BOWER, Jail Administrator,
Craighead County Detention Center;
BENTLEY, Doctor; CARA BLACK, Head
Nurse, Craighead County Detention
Center; H. HOGAN, LPN, Craighead
County Detention Center; and P. MOTTS,
Nurse, Craighead County Detention Center                             DEFENDANTS

## ORDER

The Court overrules Rupert's objections, № 6, and on *de novo* review adopts Magistrate Judge Volpe's partial recommendation, № 5. FED. R. CIV. P. 72(b)(3). Defendant Boyd is dismissed without prejudice. The case goes forward against all other defendants.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

1 May 2017