# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

PRENTIS RUPERT                                                              PLAINTIFF

v.                              No. 3:17-cv-61-DPM-JJV

KEITH BOWERS, Jail Administrator,
Craighead County Detention Center;
ARTHUR BENTLY, Doctor; KARA
BLACK, Head Nurse, Craighead County
Detention Center; HARRY HOGAN,
LPN, Craighead County Detention Center;
and P. MOTTS, Nurse, Craighead County
Detention Center                                                           DEFENDANTS

## ORDER

Unopposed recommendation, № 42, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Motion to adopt, № 36, granted. Motion for summary judgment, № 32, granted in part and denied in part. Rupert's claims about treatment for hepatitis C and a toothache go forward. His remaining claims are dismissed without prejudice for failure to exhaust. An *in forma pauperis* appeal from this Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

15 September 2017