# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

PRENTIS RUPERT                                                    PLAINTIFF

v.                           No. 3:17-cv-61-DPM-JJV

KEITH BOWERS, Jail Administrator,
Craighead County Detention Center;
ARTHUR BENTLY, Doctor; KARA
BLACK, Head Nurse, Craighead County
Detention Center; HARRY HOGAN,
LPN, Craighead County Detention Center;
and P. MOTTS, Nurse, Craighead County
Detention Center                                                  DEFENDANTS

## ORDER

In his objections to the pending recommendation, Rupert says he never received a copy of the second motion for summary judgment. *№ 60 at 1.* The Court directs the Clerk to send Rupert another copy of the motion, brief, and statement of facts. *№ 53–55.* If Rupert wants to supplement his objections based on anything in those papers, then he must do so by 13 April 2018.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

27 March 2018