# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

PRENTIS RUPERT                                              PLAINTIFF

v.                    No. 3:17-cv-61-DPM

KEITH BOWERS, Jail Administrator,
Craighead County Detention Center;
ARTHUR BENTLY, Doctor;   KARA
BLACK, Head Nurse, Craighead County
Detention Center;   HARRY HOGAN,
LPN, Craighead County Detention Center;
and P. MOTTS, Nurse, Craighead County
Detention Center                                            DEFENDANTS

## ORDER

On *de novo* review, the Court adopts the recommendation, № 59, and overrules Rupert's objections, № 60 & № 63. FED. R. CIV. P. 72(b)(3). The care provided for Rupert's toothache was, at most, negligent; the Defendants have explained why Rupert's Hepatitis C wasn't treated; and Rupert hasn't presented any verifying medical evidence showing that the delay in treatment had any detrimental effect. *Jackson v. Riebold*, 815 F.3d 1114, 1119–20 (8th Cir. 2016). Defendants' motions for summary judgment, № 46 & № 53, are granted. Rupert's claims about treatment for Hepatitis C and a toothache will be dismissed with prejudice.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

15 May 2018