# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

**PRENTIS RUPERT**                                    **PLAINTIFF**

v.                              No. 3:17-cv-61-DPM

**MARTY BOYD, Sheriff, Craighead County
Sheriff's Department;   KEITH BOWERS, Jail
Administrator, CCDC;   ARTHUR BENTLEY,
Doctor;   KARA BLACK, Head Nurse, CCDC;
HARRY HOGAN, LPN, CCDC;   and
P. MOTTS, Nurse, CCDC**                           **DEFENDANTS**

## JUDGMENT

**1.** Rupert's claims against Bowers, Bentley, Black, Hogan, and Motts about treatment for Hepatitis C and a toothache are dismissed with prejudice.

**2.** All other claims are dismissed without prejudice.

_____

D.P. Marshall Jr.
United States District Judge

_15 May 2018_