# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

PRENTIS RUPERT                                              PLAINTIFF

v.                          No. 3:17-cv-61-DPM

KEITH BOWERS, Jail Administrator,
Craighead County Detention Center;
ARTHUR BENTLEY, Doctor;   KARA
BLACK, Head Nurse, Craighead County
Detention Center;   HARRY HOGAN,
LPN, Craighead County Detention Center;
and P. MOTTS, Nurse, Craighead County
Detention Center                                           DEFENDANTS

## ORDER

**1.** Post-judgment motion to appoint counsel, № *68*, denied. Rupert ably represented himself throughout this lawsuit; neither the facts nor the claims are complex enough to warrant appointed counsel; and no compelling circumstances justify appointing an expert. *Plummer v. Grimes*, 87 F.3d 1032, 1033 (8th Cir. 1996); *Rueben v. United States*, 2014 WL 5460574, at *4 & n.5 (E.D. Ark. 2014).

**2.** Motion to alter or amend the Judgment, № 67, denied. When Rupert reported that he hadn't received the motion papers, the Court sent another copy and gave Rupert more time to respond. And the Court reviewed the record—including Rupert's response—before

ruling on the recommendation. The Court stands by its 15 May 2018 Order and Judgment.

So Ordered.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

27 June 2018