# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION


PRENTIS RUPERT                                        PLAINTIFF

v.                            No. 3:17-cv-61-DPM

KEITH BOWERS, Jail Administrator,
Craighead County Detention Center;
ARTHUR BENTLEY, Doctor;   KARA
BLACK, Head Nurse, Craighead County
Detention Center;   HARRY HOGAN,
LPN, Craighead County Detention Center;
and P. MOTTS, Nurse, Craighead County
Detention Center                                     DEFENDANTS


## ORDER

Motion, № 77, denied as moot.   The Court previously granted Rupert leave to proceed *in forma pauperis* on appeal.   № 75.

So Ordered.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge


____13 August 2018____